IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| CHRISTOPHER BARROW, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 05-779-JO |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

JONES, Judge:

Based upon the stipulation (#28) of the parties, it is hereby ORDERED that attorney fees in the amount of $3,926.06 shall be awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED this 1st day of May, 2007.

    /s/ Robert E. Jones
ROBERT E. JONES
U.S. District Judge